ROBERT P. GOE - State Bar #137019
ELIZABETH A. LAROCQUE – State Bar #219977
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 510
Irvine, CA  92612

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>GREGORY PAUL GARMON and<br>KIMBERLY ANN GARMON,<br><br>Debtors | CASE NO.  8:09-bk-22633-RK<br><br>CHAPTER 7<br><br>**EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS; AND BALANCE OF DEFICIENCY DOCUMENTS; DECLARATION OF ROBERT P. GOE IN SUPPORT THEREOF**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]<br><br>(NO HEARING SET) |

**TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY JUDGE, AND UNITED STATES TRUSTEE:**

GREGORY PAUL GARMON and KIMBERLY ANN GARMON, Debtors ("Applicants" or "Debtors"), respectfully apply to this Court for a two week extension of time within which to file the Schedules of Assets and Liabilities (Schedules A-I), Statement of

1 | Financial Affairs (collectively referred to herein as the "Schedules"), and all other documentation required by the Code, and/or the Case Commencement Deficiency Notice, based on the following facts and circumstances:

1. The voluntary Chapter 7 petition in this case was filed on November 13, 2009;

2. Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, Debtor must file the Schedules and related documents within fifteen days from the date of filing the Chapter 11 Voluntary Petition. In this case, Debtor's Schedules, Statement of Financial Affairs, and other required documents as listed in the Case Commencement Deficiency Notice ("Schedules") are due to be filed on or before November 28, 2009 (November 28 being a Saturday, the Schedules are then due to be filed on or before November 30, 2009).

3. For the past two weeks, Debtors have been diligently gathering the information required to complete the Schedules, Statement of Financial Affairs, and related documents.

4. Debtors have been unable to gather all the necessary documentation within the 15 days provided by the Code, but Debtors should be able to gather all the necessary documentation to file accurate paperwork within the next two weeks.

5. Debtors have not been able to prepare complete and accurate Schedules within the time prescribed. Accordingly based upon the above, Debtors request an additional two weeks, through and including December 14, 2009, to file the Schedules, Statement of Financial Affairs, and other deficiency documents.

5. Debtors are very aware of the importance of the Schedules and other documents and the fact that the Schedules and all related documents must be complete and accurate. Unfortunately, for the reasons set forth above, preparation of complete and accurate Schedules and other documents within the required time period has not been possible. Debtors believe complete and accurate Schedules can be filed on or before December 14, 2009.

1 |     See Declaration of Robert P. Goe, ¶ 1- 5, attached hereto and incorporated herein by
2 | this reference.
3 |     **WHEREFORE**, based upon the foregoing, Debtors respectfully request that the Court
4 | enter its Order extending the time for filing of Debtors' Schedules to and including December
5 | 14, 2009.

Dated: November 30, 2009        Respectfully Submitted by
**GOE & FORSYTHE, LLP**

By: _____
Robert P. Goe
Attorneys for Debtors

## DECLARATION OF ROBERT P. GOE

I, Robert P. Goe, hereby declare and state as follows:

1.  I am a partner in the firm of Goe & Forsythe, LLP, bankruptcy counsel to GREGORY PAUL GARMON and KIMBERLY ANN GARMON, the Debtors in this case. The matters stated hereinafter are within my personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2.  The voluntary Chapter 7 petition in this case was filed on November 13, 2009; Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, Debtors must file the Schedules, Statement of Financial Affairs, and other required documents as listed in the Case Commencement Deficiency Notice ("Schedules") within fifteen days from the date of filing the Chapter 11 Voluntary Petition. In this case, the Schedules are due to be filed on or before November 28, 2009 (November 28 being a Saturday, the Schedules are then due to be filed on or before November 30, 2009).

3.  For the past two weeks, Debtors have been diligently gathering the information required to complete the Schedules, Statement of Financial Affairs, and related documents.

4.  Debtors have been unable to gather all the necessary documentation within the 15 days provided by the Code.

5.  Debtors are very aware of the importance of the Schedules and the fact that the Schedules must be complete and accurate. Unfortunately, for the reasons set forth above,

4

1 | preparation of complete and accurate Schedules within the required time period has not been
2 | possible. I believe Debtors can complete accurate Schedules, Statement of Affairs, and
3 | remaining documentation which can then be filed on or before December 14, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   November 30, 2009

_____
ROBERT P. GOE

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described **EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS; AND BALANCE OF DEFICIENCY DOCUMENTS; DECLARATION OF ROBERT P. GOE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 30, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Joe M Lozano    notice@NBSDefaultServices.com
- Richard A Marshack    pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- Stephanie M Seidl    sseidl@sheppardmullin.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):** On November 30, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 30, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Robert Kwan, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 30, 2009 | William Goletz | _/s/ signature_ |
|---|---|---|
| Date | Type Name | Signature |