B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_ _____ / Debtor    Case No. _8:09-BK-22633-RK_

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Bethany Group, LLC<br>1920 Main Street<br>Suite 770<br>Irvine CA  92614 | AJA Advisory Services<br>c-o Jeffrey S Benice, Esq<br>650 Town Center Dr Suite 1300<br>Costa Mesa CA  92626<br><br>Brook Furniture<br>c-o James Schwartz<br>7901 Stoneridge Dr<br>Pleasanton CA  94588<br><br>CIT Technology Financial Srvcs<br>Box 5505599<br>Jacksonville FL  32255<br><br>Leaf Funding Inc<br>205 Market Street<br>Philadelphia PA  19103<br><br>Pitney Bowes Inc<br>Box 856640<br>Louisville KY  40285<br><br>Puget Sound Leasing<br>11830 N 195th St<br>Bothell WA  98011<br><br>Ricoh<br>Box 100706<br>Pasadena CA  91189<br><br>Shorenstein Realty Services<br>1920 Main Street<br>Suite 110<br>Irvine CA  02614<br><br>Sterling National Bank<br>500 Seventh Avenue<br>New York NY  10018 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                                            (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Bethany Group, LLC...continued<br><br><br>Bethany Holdings, LLC<br>1920 Main Street<br>Suite 770<br>Irvine CA   92614 | Xerox Capital Services<br>Box 7405<br>Pasadena CA   91109<br><br>Arbour<br>375 Park Avenue<br>27th Floor<br>New York NY   10012<br><br>Brook Furniture<br>c-o James Schwartz<br>7901 Stoneridge Dr<br>Pleasanton CA   94588<br><br>General Electric<br>Legend Oaks<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Southeast mezz Marathon<br>901 Main Avenue<br>Norwalk CT   06851 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Bethany Holdings, LLC...continued* | *Lehman Bros*<br>*Blanding La Salle*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Phoenix 2 senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Phoenix Arbor*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Phoenix Black Rock*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Madison Five Mile*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*LaSalle Madison*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Blanding Raitt*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*LaSalle Bethany Summit*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                                  (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Bethany Holdings, LLC...continued | Lehman Bros<br>Phoenix 2 mezz<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Magazine<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Magazine mezz Arbor<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Magazine sans mezz<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar Blackrock<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar Raitt<br>1271 Avenue of the Americas<br>New York NY  10020 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_ _____ / Debtor    Case No. _8:09-BK-22633-RK_

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | _Lehman Bros_<br>_Austin senior_<br>_1271 Avenue of the Americas_<br>_New York NY 10020_ |
| _Bethany Holdings, LLC...continued_ | _Lehman Bros_<br>_Austin Blackrock_<br>_1271 Avenue of the Americas_<br>_New York NY 10020_ |
| | _Lehman Bros_<br>_Austin Raitt_<br>_1271 Avenue of the Americas_<br>_New York NY 10020_ |
| | _UBS Somerset-909 W Colter Apt_<br>_UBS Realty Investors_<br>_455 Market St, Suite 1540_<br>_San Francisco CA 94105-2443_ |
| | _Wachovia Bank_<br>_375 Park Avenue_<br>_27th Floor_<br>_New York NY 10022_ |
| | _Wachovia Bank_<br>_375 Park Avenue_<br>_27th Floor_<br>_New York NY 10022_ |
| _Bethany Management Group, LLC_<br>_1920 Main Street_<br>_Suite 770_<br>_Irvine CA 92614_ | _Custom Carpets_<br>_1040 S Federal /Highway_<br>_Del Rey Beach FL 33483_ |
| | _Developers Surety & Indemnity_<br>_17780 Fitch_<br>_Irvine CA 92614_ |
| | _Monica Bell_<br>_c-o Nicholas Woodfield_<br>_888 17th Street NW, Suite 900_<br>_Washington DC 20006_ |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor   Case No. _8:09-BK-22633-RK_
                                                                               (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Charles Sherman<br>Box 188<br>Tiverton RI   02878 | AJA Advisory Services<br>c-o Jeffrey S Benice, Esq<br>650 Town Center Dr Suite 1300<br>Costa Mesa CA   92626<br><br>CIT Technology Financial Srvcs<br>Box 5505599<br>Jacksonville FL   32255<br><br>Developers Surety & Indemnity<br>17780 Fitch<br>Irvine CA   92614<br><br>General Electric<br>Southeast mezz Marathon<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Legend Oaks<br>901 Main Avenue<br>Norwalk CT   06851<br><br>Leaf Funding Inc<br>205 Market Street<br>Philadelphia PA   19103 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor      Case No. _8:09-BK-22633-RK_
                                                                                  (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| Charles Sherman...continued | Monica Bell<br>c-o Nicholas Woodfield<br>888 17th Street NW, Suite 900<br>Washington DC  20006<br><br>Pitney Bowes Inc<br>Box 856640<br>Louisville KY  40285<br><br>Puget Sound Leasing<br>11830 N 195th St<br>Bothell WA  98011<br><br>Ricoh<br>Box 100706<br>Pasadena CA  91189<br><br>Shorenstein Realty Services<br>1920 Main Street<br>Suite 110<br>Irvine CA  02614<br><br>Sterling National Bank<br>500 Seventh Avenue<br>New York NY  10018<br><br>Xerox Capital Services<br>Box 7405<br>Pasadena CA  91109 |
| Chi Chen Wang<br>220 West Lemon Ave<br>Arcadia CA  91007 | General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851<br><br>General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor     Case No. _8:09-BK-22633-RK_
                                                                          (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *General Electric*<br>*Southeast mezz Marathon*<br>*901 Main Avenue*<br>*Norwalk CT  06851* |
| *Chi Chen Wang...continued* | *General Electric*<br>*Gulfstream*<br>*901 Main Avenue*<br>*Norwalk CT  06851* |
| | *Lehman Bros*<br>*Lonestar senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Magazine mezz Arbor*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Lonestar senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Lonestar Blackrock*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |
| | *Lehman Bros*<br>*Lonestar senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020* |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Chi Chen Wang...continued* | *Lehman Bros*<br>*Lonestar Raitt*<br>*1271 Avenue of the Americas*<br>*New York NY 10020*<br><br>*Lehman Bros*<br>*Austin senior*<br>*1271 Avenue of the Americas*<br>*New York NY 10020*<br><br>*Lehman Bros*<br>*Austin Blackrock*<br>*1271 Avenue of the Americas*<br>*New York NY 10020*<br><br>*Lehman Bros*<br>*Austin Raitt*<br>*1271 Avenue of the Americas*<br>*New York NY 10020*<br><br>*Lehman Bros*<br>*Magazine sans mezz*<br>*1271 Avenue of the Americas*<br>*New York NY 10020* |
| *Dawson Davenport*<br>*25141 Windwood Lane*<br>*Lake Forest CA 92630* | *Equity Comm. of R.E. Partners*<br>*c-o Jeffrey K Garfinkle Esq*<br>*1000 Wilshire Blvd, Suite 1500*<br>*Los Angeles CA 90017* |
| *GTS*<br>*1920 Main Street*<br>*Suite 770*<br>*Irvine CA 92614* | *General Electric*<br>*Southeast mezz Marathon*<br>*901 Main Avenue*<br>*Norwalk CT 06851*<br><br>*General Electric*<br>*Southeast Centerline*<br>*901 Main Avenue*<br>*Norwalk CT 06851* |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                                         (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| GTS...continued | General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851<br><br>General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851 |
| Jeffrey Alan Silverman<br>2 Windemere Court<br>Newport Coast CA   92657 | AJA Advisory Services<br>c-o Jeffrey S Benice, Esq<br>650 Town Center Dr Suite 1300<br>Costa Mesa CA   92626<br><br>Brook Furniture<br>c-o James Schwartz<br>7901 Stoneridge Dr<br>Pleasanton CA   94588<br><br>Charles Sherman<br>Box 188<br>Tiverton RI   02878<br><br>CIT Technology Financial Srvcs<br>Box 5505599<br>Jacksonville FL   32255<br><br>Custom Carpets<br>1040 S Federal /Highway<br>Del Rey Beach FL   33483<br><br>Developers Surety & Indemnity<br>17780 Fitch<br>Irvine CA   92614<br><br>Frank Wang and FJLC<br>220 West Lemon Ave<br>Arcadia CA   91007 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                                     (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | General Electric<br>Legend Oaks<br>901 Main Avenue<br>Norwalk CT   06851 |
| Jeffrey Alan Silverman...continued | General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851 |
| | General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT   06851 |
| | General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851 |
| | General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT   06851 |
| | General Electric<br>Southeast mezz Marathon<br>901 Main Avenue<br>Norwalk CT   06851 |
| | GTS Investments Inc<br>734 Silver Spur Road<br>Suite 300<br>Rolling Hills Es CA   90274 |
| | Jason Kurtz<br>3775 Welsh Pony Lane<br>Yorba Linda CA   92886 |
| | Jongyong Lee<br>2701 Terraza Place<br>Fullerton CA   92835 |
| | Jongyong Lee Trust<br>c-o John Yong Lee<br>2701 Terraza Place<br>Fullerton CA   92835 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                              (If known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Jeffrey Alan Silverman...continued* | Knutsen Trust<br>1831 South Stockton Street<br>Lodi CA  95240<br><br>Leaf Funding Inc<br>205 Market Street<br>Philadelphia PA  19103<br><br>Lehman Bros<br>Phoenix 2 senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Phoenix 2 senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Blanding Raitt<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>LaSalle Bethany Summit<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>LaSalle Madison<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Madison Five Mile<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Phoenix Arbor<br>1271 Avenue of the Americas<br>New York NY  10020 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_ _____ / Debtor     Case No. _8:09-BK-22633-RK_
(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Jeffrey Alan Silverman...continued | Lehman Bros<br>Blanding La Salle<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Austin Blackrock<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Phoenix Black Rock<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Austin Raitt<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Phoenix 2 mezz<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Austin senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar Raitt<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar mezz<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor     Case No. _8:09-BK-22633-RK_
                                                                                                (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Jeffrey Alan Silverman...continued* | *Lehman Bros*<br>*Lonestar Blackrock*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Lonestar senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine sans mezz*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine mezz Arbor*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Magazine*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Lehman Bros*<br>*Lonestar senior*<br>*1271 Avenue of the Americas*<br>*New York NY  10020*<br><br>*Monica Bell*<br>*c-o Nicholas Woodfield*<br>*888 17th Street NW, Suite 900*<br>*Washington DC  20006*<br><br>*Pitney Bowes Inc*<br>*Box 856640*<br>*Louisville KY  40285*<br><br>*Progressive Delivery Systems*<br>*1007 East Raymond Way*<br>*Anaehim CA  92801* |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
                                                                        (if known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jeffrey Alan Silverman...continued_ | Puget Sound Leasing<br>11830 N 195th St<br>Bothell WA  98011<br><br>Ricoh<br>Box 100706<br>Pasadena CA  91189<br><br>Shorenstein Realty Services<br>1920 Main Street<br>Suite 110<br>Irvine CA  02614<br><br>State of Colorado<br>770 West Hampden Ave<br>Englewood    CO  80110<br><br>State of Louisiana<br>Louisiana Dept of Revenue<br>Box 201<br>Baton Rouge LA  70821<br><br>State of Maryland<br>Comptroller of Maryland<br>Annapolis MD  21411<br><br>State of South Carolina<br>Department of Revenue<br>301 Gervais Street<br>Columbia SC  29214<br><br>Sterling National Bank<br>500 Seventh Avenue<br>New York NY  10018<br><br>Steve Mensinger<br>Sun Cal Companies<br>2392 Morse Avenue<br>Irvine CA  92614<br><br>Terry and Rose Knutsen<br>1831 South Stockton Street<br>Lodi CA  95240 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_

                                                                           (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | UBS Somerset-909 W Colter Apt<br>UBS Realty Investors<br>455 Market St, Suite 1540<br>San Francisco CA  94105-2443 |
| Jeffrey Alan Silverman...continued | US Bank<br>Box 2407<br>Minneapolis MN  55402 |
| | Wachovia Bank<br>375 Park Avenue<br>27th Floor<br>New York NY  10022 |
| | Wachovia Bank<br>375 Park Avenue<br>27th Floor<br>New York NY  10022 |
| | Xerox Capital Services<br>Box 7405<br>Pasadena CA  91109 |
| Jong Yong Lee<br>220 West Lemon Ave<br>Arcadia CA  91007 | General Electric<br>Southeast mezz Marathon<br>901 Main Avenue<br>Norwalk CT  06851 |
| | General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851 |
| | General Electric<br>Southeast Centerline<br>901 Main Avenue<br>Norwalk CT  06851 |
| | General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT  06851 |
| | General Electric<br>Gulfstream<br>901 Main Avenue<br>Norwalk CT  06851 |

B6H (Official Form 6H) (12/07)

In re *Gregory Paul Garmon and Kimberly Ann Garmon* _____ / Debtor     Case No. *8:09-BK-22633-RK*

(If known)

## SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Jong Yong Lee...continued | Lehman Bros<br>Lonestar Raitt<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar Blackrock<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Lonestar senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Magazine sans mezz<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Magazine mezz Arbor<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Magazine<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Magazine<br>1271 Avenue of the Americas<br>New York NY  10020 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____ / Debtor    Case No. _8:09-BK-22633-RK_
(If known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Terry and Rose Knutsen<br>1831 South Stockton Street<br>Lodi CA  95240 | Lehman Bros<br>Phoenix 2 mezz<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Phoenix 2 senior<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Phoenix Arbor<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Phoenix Black Rock<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>Madison Five Mile<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>LaSalle Madison<br>1271 Avenue of the Americas<br>New York NY  10020<br><br>Lehman Bros<br>LaSalle Bethany Summit<br>1271 Avenue of the Americas<br>New York NY  10020 |

B6H (Official Form 6H) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_ _____ / Debtor    Case No. _8:09-BK-22633-RK_
(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Jeffrey Silverman<br>2 Windemere Court<br>Newport Coast CA  92657 | Colorado Dept of Revenue<br>770 West Hampton Ave<br>Suite 150<br>Englewood    CO  80110<br><br>Louisiana Dept of Revenue<br>Box 1231<br>Baton Rouge LA  70821<br><br>State of Maryland<br>Comptroller of Maryland<br>Annapolis MD  21411<br><br>State of South Carolina<br>Department of Revenue<br>301 Gervais St<br>Columbia SC  29214 |

B6I (Official Form 6I) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____,    Case No. _8:09-BK-22633-RK_
                                    **Debtor(s)**                                                      (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| _Married_ | RELATIONSHIP(S):<br>_Son_<br>_Daughter_<br>_Daughter_<br>_Daughter_<br>_Daughter_<br>_Daughter_<br>_Daughter_<br>_Son_ | AGE(S):<br>_20_<br>_18_<br>_16_<br>_15_<br>_12_<br>_10_<br>_8_<br>_6_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _unemployed_ | _unemployed_ |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ _0.00_ | $ _0.00_ |
| 2. Estimate monthly overtime | $ _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | $ _0.00_ | $ _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ _0.00_ | $ _0.00_ |
| b. Insurance | $ _0.00_ | $ _0.00_ |
| c. Union dues | $ _0.00_ | $ _0.00_ |
| d. Other (Specify): | $ _0.00_ | $ _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ _0.00_ | $ _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ _0.00_ | $ _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _0.00_ | $ _0.00_ |
| 8. Income from real property | $ _0.00_ | $ _0.00_ |
| 9. Interest and dividends | $ _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _0.00_ | $ _0.00_ |
| 11. Social security or government assistance (Specify): | $ _0.00_ | $ _0.00_ |
| 12. Pension or retirement income | $ _0.00_ | $ _0.00_ |
| 13. Other monthly income (Specify): | $ _0.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _0.00_ | $ _0.00_ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _0.00_ | $ _0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ _0.00_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_During the six months prior to filing the Petition, Debtors' income from all sources averaged $7,850.00 per month - as shown on Means Test_
_When Debtor and/or co-Debtor become employed, income will incease_

B6J(Official Form 6J)(12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_____,    Case No. _8:09-BK-22633-RK_
                    **Debtor(s)**                                                        (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 22,336.04 |
|     a. Are real estate taxes included?   Yes ☐  No ☒ | | |
|     b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 2,770.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 425.00 |
|     d. Other   _CATV_ | $ | 484.00 |
|        Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 575.00 |
| 4. Food | $ | 3,800.00 |
| 5. Clothing | $ | 900.00 |
| 6. Laundry and dry cleaning | $ | 500.00 |
| 7. Medical and dental expenses | $ | 750.00 |
| 8. Transportation (not including car payments) | $ | 1,109.33 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 8.33 |
| 10. Charitable contributions | $ | 260.83 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 2,517.53 |
|     b. Life | $ | 823.33 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 1,132.34 |
|     e. Other | $ | 0.00 |
|        Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)   _Property Taxes_ | $ | 5,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 2,466.95 |
|     b. Other: _Audi Lease_ | $ | 886.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:   _HOA assessments_ | $ | 165.00 |
|     Other:   _Mortgage-Sagewood_ | $ | 2,293.33 |
|     Line 17 Continuation Page Total (see continuation page for itemization) | $ | 12,108.83 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 61,311.84 |

and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_SEE ATTACHED SHEETS_

_Anticipate expenses related to Hilltop property will be eliminated (approx $30,800)_

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
| a. Average monthly income from Line 16 of Schedule I | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | $ | 61,311.84 |
| c. Monthly net income (a. minus b.) | $ | (61,311.84) |

B6J(Official Form 6J)(12/07)-Continuation Page

**In re** Gregory Paul Garmon and Kimberly Ann Garmon                ,        **Case No.** 8:09-BK-22633-RK

Debtor(s)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
(Continuation page)

17. (continuation) OTHER EXPENSES

| | | |
|---|---|---|
| Second TD-Sagewood | $ | 964.58 |
| Sagewood HOA | $ | 71.00 |
| Apartment-Debtor | $ | 1,593.00 |
| Princeville Time Share | $ | 199.20 |
| Westin Kanapauli Time Share | $ | 214.86 |
| AAA | $ | 14.42 |
| City San Juan Capistrano | $ | 825.00 |
| Pool maintenance | $ | 210.00 |
| Storage | $ | 532.00 |
| Toll road | $ | 350.00 |
| Educational Expenses | $ | 7,134.77 |
| **Line 17 Continuation Page Total (seen as line item "17" on Schedule J)** | $ | 12,108.83 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Gregory Paul Garmon and Kimberly Ann Garmon_                    Case No. _8:09-BK-22633-RK_
                              Debtor                                                               (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _23_   sheets, and that they are true and
correct to the best of my knowledge, information and belief.

Date: _12/14/2009_                    Signature _____
                                                        _Gregory Paul Garmon_

Date: _12/14/2009_                    Signature _____
                                                        _Kimberly Ann Garmon_

                                                        [If joint case, both spouses must sign]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7 (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION DIVISION

In re: *Gregory Paul Garmon*
*and*
*Kimberly Ann Garmon*

Case No. *8:09-BK-22633-RK*

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:$37,107 (2009)* | *court ordered insider compensation Autin bankruptcy (May through August)* |
| *Last Year: ($1,089,779)(2008)* | *losses from Bethany Management Group, Bethany Group, and Bethany Holdings Group* |
| *Year before:$1,931,934 (2007)* | *Bethany Management Group, Bethany Group, and Bethany Holdings Group* |

---

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

Form 7 (12/07)

| AMOUNT | SOURCE |
|---|---|
| Year to date:(2009) $38,458 | *sold interest in Gulfstream portfolio ($8,333.33); other from distributions from Bethany Management Group LLC* |
| $ 9,994 | *sale of furniture prior to filing bankruptcy* |
| Last Year: | |
| Year before: | |

---

### 3. Payments to creditors

None ☒   Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *SEE ATTACHED LISTS* | | | |

---

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| LAWSUIT NAME | CAPTION | TYPE | CASE NUMBER | NATURE | COURT | LOCATION | STATUS |
|---|---|---|---|---|---|---|---|
| Devlopers Surety and Indemnity Company | vs Bethany Holdings Group LLC,personallly and et al | Utility Bonds | 00125930 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |
| Leaf Funding Inc | vs Bethany Group LLC,personallly and et al | Office Furniture | 00125790 | Commercial lease Agreement | Superior of Court of CA | Santa Ana | Pending |
| Bank of the West | vs Bethany Group LLC,personallly and et al | Office Furniture | 00123914 | Commercial lease Agreement | Superior of Court of CA | Santa Ana | Pending |
| Bank of America, NA | vs Bethany Group LLC,personallly and et al | Line of Credit | 00120501 | Breach of Contract | Superior of Court of CA | Santa Ana | Default/Writ of Attachment |
| AJA Advisory Services | vs Bethany Group LLC,personallly and et al | Note | 00118098 | Breach of Contract,Promissary Fraud | Superior of Court of CA | Santa Ana | Pending |
| Sterling National Bank | vs Bethany Group LLC,personallly and et al | Office Furniture | 00287780 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |
| Charles Sherman | vs Greg Garmon, Jefffrey Silverman | Partner Buy-out | 30-2009-00123105 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |
| General Electric-Gulfstream | vs Greg Garmon,Jeffrey Silverman,Charles Sherman | Guarantees Loan | 30-2009-0012229 | Breach of Contract | Superior of Court of CA | Santa Ana | Pending |

December 12, 2009
Page 2

| Party | Opposing Party | Type | Case No. | Claim | Court | Location | Status |
|---|---|---|---|---|---|---|---|
| Monica Bell et all | vs VS Mgmt et all,personally | payroll | CV02054 | civil lawsuit payroll Fed Cap- maryland | US Disrict Court | Maryland | Pending |
| J. Mark Heldenbrand and Realty Legal Services | vs Phx Kingdom2,Bethany Group,personally and et all | Legal work | CV2008-021094 | Breach of Contract | Superior Court of AZ- Maricopa County | Phoenix | Default-? |
| LaSalle Natl Bank National Assoc- Bethany Summit(Lehman Brothers) | vs Bethany Summitt1Oceanside LLC,personally and et al | Foreclosure -Apts- Senior- Junior | 37-2009-00052141 | Loan Guarantee- $25.5M | Superior of Court of CA | San Diego | Pending |
| Anthracite Funding,LLC(Austin Apts) | vsBethany Holdings,Chi Chen Wang | Foreclosure -Apts- B notes(mezz) | 09 civ 1740(RMB)(RLE) | Loan Guarantee- $10M+ | United States District Court. Southern District of New York | New York | Default |
| Anthracite Funding,LLC(Phoenix Kingdom 2 Apts) | vs Bethany Holdings,Terry and Rose Knutsen,personally et all | Foreclosure -Apts- B notes(mezz) | 09 Civ 1603(LTS)(KNF) | Loan Guarantee- $54M+ | United States District Court. Southern District of New York | New York | Default |
| General Electric Capital Corporation | vs Bethany Legends Oaks, LLC | Foreclosure -Apts- Senior- Junior | 09-CA-06729 | Loan Guarantee- $21M+ | 13th Judicial Circuit Court in Hillsborough County | Florida | Default |

December 12, 2009
Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Anthracite Funding,LLC(Lone star Apts) | vs Bethany Holdings,Chi Chen Wang,Jong Yong Lee | Foreclosure-Apts- B notes(mezz) | 09-CA-1604(PGG) | Loan Guarantee-$21M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc-Phx King 1(Lehman Brothers) | vs Bethany Holdings, Terry and Rose Knutsen,personally et all | Foreclosure-Apts-Senior | 09 Civ 5369(PGG) | Loan Guarantee-$164.5M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc-Lonestar(Lehman Brothers) | vs Bethany Holdings,Chi Chen Wang, Jong yong Lee,personally,et all | Foreclosure-Apts-Senior | 09Civ5371(PGG) | Loan Guarantee-$121.7M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc-Bethany Summit(Lehman Brothers) | vs Bethany Holdings group,Terry and Rose Knutsen, personally et all | Foreclosure-Apts-Senior | 09Civ-5368(PGG) | Loan Guarantee-$25.5M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc-Madison Colorado(Lehman Brothers) | vs Bethany Holdings group,Terry and Rose Knutsen, personally et all | Foreclosure-Apts-Senior | 09Civ 5373(PGG) | Loan Guarantee-$64.5M+ | United States District Court. Southern District of New York | New York | Default |

December 12, 2009
Page 4

| Case | vs Defendant | Type | Case No. | Claim | Court | Location | Status |
|---|---|---|---|---|---|---|---|
| LaSalle Natl Bank National Assoc- Blanding Place(Lehman Brothers) | vs Bethany Holdings Group LLC,personallly and et al | Foreclosure -Apts- Senior | 09civ5359( PGG) | Loan Guarantee- $16.7M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Austin(Lehman Brothers) | vsBethany Holdings,Chi Chen Wang,personally et all | Foreclosure -Apts- Senior | 09civ5365( PGG) | Loan Guarantee- $54M+ | United States District Court. Southern District of New York | New York | Default |
| LaSalle Natl Bank National Assoc- Magazine(Lehma n Brothers) | vs Bethany Holdings,Chi Chen Wang, Jong yong Lee,personally,et all | Foreclosure -Apts- Senior | 09Civ- 5370(PGG) | Loan Guarantee- $183.5M+ | United States District Court. Southern District of New York | New York | Default |
| Five Mile Capital 11 SPE(Madison Apts) | vs Bethany Holdings group,Terry and Rose Knutsen, personally et al | Foreclosure -Apts- B notes(mezz ) | 600515/09 | Loan Guarantees- $44M+ | Supreme Court Of State of New York | New York | Default |
| Fannie Mae- Phoenix Kingdom 2 | vs Bethany Holdings group,Terry and Rose Knutsen, personally et al | Foreclosure -Apts- Senior | 00289450 | Loan Guarantee- $160.5M+ | Superior of Court of CA | Santa Ana | Pending |
| LaSalle Natl Bank National Assoc- (Blanding Place) | vs Bethany JAX,personally et all | Foreclosure -Apts- Senior | 2009-CA- 670 | Loan Guarantee | 4th Judicial Circuit Clay County | Florida | Pending |

December 14, 2009
Page 5

| | | | | | |
|---|---|---|---|---|---|
| 909 West Colter St Apts LLC | vs Bethany Somerset Phx,LLC, personally et all | Foreclosure -Apts-Senior | CV2009-003126 | Loan Guarantee | Superior Court of AZ-Maricopa County | Phoenix | Default |
| General Electric Capital Corporation(US Bank Natl Assoc as Trustee) | vs SE Portfolio Apts, personally et all | Foreclosure -Mezz | 09a-022285 | Loan Guarantee-$26M | Superior Court Gwinnett County | Georgia | Default |
| Brook Furniture | vs Bethany Holdings Llc,Greg garmon,Bethany Group Llc | Furniture rental at property | 37-2008-0091074-cu-bc-ctl | Breach and Alter ego-Greg | Superior Court of San Diego | San diego | Pending |
| Associate Plumbing | vs Jeffrey Silverman, Bethany Group, Greg Garmon | Plumbing on property | CAL09-10754 | Breach of contract | Maryland courts | Bethesda, MD | Pending |
| Equity Committee of Real Estate Partners | vs Dawson Davenport, et al | as specified | CV 08-8551 AG (MLGx) and bankruptcy adversary | breach | U S District Court and U S Bankruptcy Court | Santa Ana CA | pending |

Form 7 (12/07)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Mercedes Benz Financial* *Address:Box 685, Roanoke, TX* | *June 30, 2009* | *Description:2006 Maybach 57S* *Value:$237,135* |

### 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Robert P. Goe, Esq.,* *SBN 137019* *Address:* *GOE & FORSYTHE, LLP* *18101 Von Karman Av, Suite 510* *Irvine, CA 92612* | *Date of Payment:March 2009* *Payor: Gregory Paul Garmon* | *$10,000.00* |

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Statement of Affairs - Page 3

Form 7 (12/07)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee:do not recall*<br>*Address:*<br>*Relationship:none* | *March 2009* | *Property:Debtor's interest in Gulfstream partnership; sold due to BK filing of Gulfstream*<br>*Value:$8,333* |
| *Transferee:do not recall*<br>*Address:*<br>*Relationship:none* | *August 2009* | *Property:various items of furniture*<br>*Value:$9,994* |

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:   SEE ATTACHED LIST*<br>*Address:* | *Account Type and No.:*<br>*Final Balance:* | |

### 12. Safe deposit boxes

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| *Creditor:Clear Blue Waters*<br>*Address:c/o Jeff Steinker, Box 3611, Mission Viejo, CA   92690* | *October 3, 2009* | *sold 2 sets of washers/dryers at Hilltop home to cure pool service balance of approx $1,200* |

| | Previous Closed Accounts | Amount | Code |
|---|---|---|---|
| 17 | B of A - Son/Wife Checking 0164 | $0.00 | J/K |
| 18 | B of A -Son/Wife Savings 0742 | $0.00 | J/K |
| 19 | B of A -Daughter/Wife Checking 0140 | $0.00 | K/K |
| 20 | B of A -Daughter/Wife Savings 0720 | $0.00 | K/K |
| 21 | B of A -Daughter/Wife Checking 0145 | $0.00 | B/K |
| 22 | B of A -Daughter/Wife Savings 0731 | $0.00 | B/K |
| 23 | B of A -Nanny/Wife Checking 1095 | $0.00 | Rina/K |
| 24 | B of A -Nanny/Wife Savings 1054 | $0.00 | Rina/K |
| 25 | B of A -HM/Wife Checking 1606 | $0.00 | Amy/K |
| 26 | B of A -HM/Wife Savings 1043 | $0.00 | Amy/K |
| | **Previous Closed Account Subtotals** | **$0.00** | |

Form 7 (12/07)

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

Form 7 (12/07)

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Bethany Management Group LLC* | ID: | *1920 Main Street, Suite 770, Irvine, CA 92614* | *property management* | *2003-2009* |
| *Bethany Group* | ID: | *1920 Main Street, Suite 770, Irvine, CA 92614* | *property management* | *2003-2009* |
| *Bethany Holdings Group LLC* | ID: | *1920 Main Street, Suite 770, Irvine, CA 92614* | *property management* | *2003-2009* |
| *GSS Financial LLC* | ID: | *1920 Main Street, Suite 770, Irvine, CA 92614* | *property management* | *2006-2008* |
| *Bethany Productions* | ID: | *1920 Main Street, Suite 770, Irvine, CA 92614* | *movie productions* | *2004-2006* |

None
☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None
☒    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

Form 7 (12/07)

---

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE
OF INVENTORY

INVENTORY SUPERVISOR

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)

*Last:August 2009
Debtors' furniture,
household goods,
pictures, and
miscellaneous items*

*Supervisor:Chuck Klaus*

*Value:$10,560
Basis:liquidation
value*

---

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

Statement of Affairs - Page 7

Form 7 (12/07)

**23. Withdrawals from a partnership or distribution by a corporation**

None

☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None

☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None

☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  12/14/2009          Signature
                          of Debtor

Date  12/14/2009          Signature
                          of Joint Debtor
                          (if any)