Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Robert P. Goe, Esq., SBN 137019_

Address _GOE & FORSYTHE, LLP 18101 Von Karman Av, Suite 510 Irvine, CA 92612_

Telephone _(949) 798-2460_

[X]  Attorney for Debtor(s)
[ ]  Debtor In Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>In re   Gregory Paul Garmon<br><br>and   Kimberly Ann Garmon | Case No. _8:09-BK-22633-RK_ |
|---|---|
| | Chapter  7 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __7__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _12/14/2009_

Debtor: _Gregory Paul Garmon_

Attorney: _Robert P. Goe, Esq., SBN 1._

Joint Debtor: _Kimberly Ann Garmon_

Gregory Paul Garmon
9 Sagewood Lane
Trabuco Canyon  CA  92679


Kimberly Ann Garmon
9 Sagewood Lane
Trabuco Canyon  CA  92679


Robert P  Goe  Esq    SBN 137019
GOE & FORSYTHE  LLP
18101 Von Karman Av  Suite 510
Irvine  CA  92612

American Home Shield
Box 849
Carroll   IA   51401


Audi Financial Services
Box 60144
City of Industry   CA   91716-0144


Bank of America
PO Box 53150
Phoenix   AZ   85072


Bank of America Elite
PO Box 15726
Wilmington   DE   19886-5726


Bank of America Visa
Box 851001
Dallas   TX   75285


Bethany Holdings Group LLC
1920 Main Street
Suite 770
Irvine   CA   92614


Calvin Marantz MD Inc
Box 3553
Mission Viejo   CA   92690


Capital One Bank
Bankruptcy Department
1957 Westmoreland Rd
Richmond   VA   23286-9236

```
Capital One Bank
Box 71083
Charlotte  NC  28272-1083


Chase Auto Finance
Box 78067
Phoenix  AZ  85062-8067


Chase Mortgage Finance
Box 78420
Phoenix  AZ  85062-8420


City San Juan Capistrano
32400 Paseo Adelanto
San Juan Capistr  CA  92675


Colorado Dept of Revenue
770 West Hampton Ave
Suite 150
Englewood     CO  80110


Cox Communications
Box 79173
Phoenix  AZ  85062


CRR Inc
Box 206
Stanton  CA  90680


Culligan
Box 5277
Carol Stream  IL  60197-5277
```

```
Dawson Davenport
25141 Windwood Lane
Lake Forest  CA  92630



Discover Card
PO Box 6103
Carol Stream  IL  60197-6103



Dr Otsu
2 Osborn St
Suite 150
Irvine  CA  92604



Equity Comm  of R E  Partners
c-o Jeffrey K Garfinkle Esq
1000 Wilshire Blvd  Suite 1500
Los Angeles  CA  90017



E-trade
Box 747054
Pittsburgh  PA  15274-7054



Franchise Tax Board
Box 942840
Sacramento  CA  94240-0000



Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento  CA  95812-2952



Hall and Company
540 Wald St
Irvine  CA  92618
```

Internal Revenue Service
Box 145566
Cincinnati  OH  45250-5566


Internal Revenue Service
PO Box 21126
Philadelphia  PA  19114


Jeffrey K Garfinkle Esq
Buchalter Nemer APC
1000 Wilshire Blvd  Suite 1500
Los Angeles  CA  90017


Jeffrey Silverman
2 Windemere Court
Newport Coast  CA  92657


Volkwagen Credit
Box 7572
Libertyville  IL  60048


L U Electric
1614 South Clementine St
Anaheim  CA  92802


Lexus Financial Services
Box 60114
City of Industry  CA  91716-0014


Louisiana Dept of Revenue
Box 1231
Baton Rouge  LA  70821

Marbella Country Club
30800 Golf Club Drive
San Juan Capistr   CA   92675


Mercedes Benz Financial
PO Box 90016800
Louisville   KY   40290-1680


Newport Medical Consultants
17 Corporate Plaza
Suite 110
Newport Beach   CA   92660


Newport Ridge Cleaners
21141 Newport Coast Dr
Newport Coast   CA   92657


Orange County Tax Collector
Treasurer-Tax Collector
12 Civic Center Plaza
Santa Ana   CA   92701


SDGE
Box 25111
Santa Ana   CA   92799-5111


Sears
Box 6936
The Lakes   NV   88901-6936


State of Maryland
Comptroller of Maryland
Annapolis   MD   21411

```
State of South Carolina
Department of Revenue
301 Gervais St
Columbia  SC  29214



Storage West
20485 El Toro Rd
Mission Viejo  CA  92692



The Sports Club LA
111151 Missouri Ave
Los Angeles  CA  90025



USAA Auto
10750 McDermott Freeway
San Antonio  TX  78288-0549



USAA MasterCard
10750 McDermott Freeway
San Antonio  TX  78288-0549



Verde San Juan Estates
c-o Michael E Down
1525 West Commonwealth Ave
Fullerton  CA  92833



Washington Mutual Bank
Box 78148
Phoenix  AZ  85062
```

```
909 W Colter St Apt  LLC
c-o UBS Realty Investors
455 Market St  Suite 1540
San Francisco  CA  94105-2443



AJA Advisory Services
c-o Jeffrey S Benice  Esq
650 Town Center Dr Suite 1300
Costa Mesa  CA  92626



American Express
PO Box 0001
Los Angeles  CA  90096



Arbour
375 Park Avenue
27th Floor
New York  NY  10012



Bethany Group
1920 Main Street
Suite 770
Irvine  CA  92614



Bethany Group  LLC
1920 Main Street
Suite 770
Irvine  CA  92614



Bethany Holdings  LLC
1920 Main Street
Suite 770
Irvine  CA  92614
```

```
Bethany Management Group  LLC
1920 Main Street
Suite 770
Irvine  CA   92614



Brook Furniture
c-o James Schwartz
7901 Stoneridge Dr
Pleasanton  CA   94588



Charles Sherman
Box 188
Tiverton  RI   02878



Chi Chen Wang
220 West Lemon Ave
Arcadia  CA   91007



CIT Technology Financial Srvcs
Box 5505599
Jacksonville  FL   32255



Custom Carpets
1040 S Federal /Highway
Del Rey Beach  FL   33483



Developers Surety & Indemnity
17780 Fitch
Irvine  CA   92614



Frank Wang and FJLC
220 West Lemon Ave
Arcadia  CA   91007
```

General Electric
Southeast Centerline
901 Main Avenue
Norwalk   CT   06851


General Electric
Legend Oaks
901 Main Avenue
Norwalk   CT   06851


General Electric
Gulfstream
901 Main Avenue
Norwalk   CT   06851


General Electric
Southeast mezz Marathon
901 Main Avenue
Norwalk   CT   06851


U S Dept of Labor
200 Constitution Avenue NW
Washington   DC   20210


GTS
1920 Main Street
Suite 770
Irvine   CA   92614


GTS Investments Inc
734 Silver Spur Road
Suite 300
Rolling Hills Es   CA   90274

Internal Revenue Service
PO Box 21126
Philadelphia   PA   19114


Jason Kurtz
3775 Welsh Pony Lane
Yorba Linda   CA   92886


VS Management
3281 Veterans Memorial Highway
Suite E-3
Ronkonkoma   NY   11779


Jong Yong Lee
220 West Lemon Ave
Arcadia   CA   91007


Jongyong Lee
2701 Terraza Place
Fullerton   CA   92835


Jongyong Lee Trust
c-o John Yong Lee
2701 Terraza Place
Fullerton   CA   92835


Knutsen Trust
1831 South Stockton Street
Lodi   CA   95240


Leaf Funding Inc
205 Market Street
Philadelphia   PA   19103

Lehman Bros
Blanding La Salle
1271 Avenue of the Americas
New York   NY   10020

Lehman Bros
Austin senior
1271 Avenue of the Americas
New York   NY   10020

Lehman Bros
Magazine mezz Arbor
1271 Avenue of the Americas
New York   NY   10020

Lehman Bros
Lonestar Raitt
1271 Avenue of the Americas
New York   NY   10020

Lehman Bros
Austin Raitt
1271 Avenue of the Americas
New York   NY   10020

Lehman Bros
LaSalle Madison
1271 Avenue of the Americas
New York   NY   10020

Lehman Bros
Magazine
1271 Avenue of the Americas
New York   NY   10020

Lehman Bros
Phoenix 2 mezz
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Phoenix 2 senior
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Phoenix Arbor
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Madison Five Mile
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Austin Blackrock
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
LaSalle Bethany Summit
1271 Avenue of the Americas
New York  NY  10020


Lehman Bros
Blanding Raitt
1271 Avenue of the Americas
New York  NY  10020

Lehman Bros
Magazine sans mezz
1271 Avenue of the Americas
New York   NY   10020


Lehman Bros
Lonestar senior
1271 Avenue of the Americas
New York   NY   10020


Lehman Bros
Lonestar Blackrock
1271 Avenue of the Americas
New York   NY   10020


Lehman Bros
Lonestar mezz
1271 Avenue of the Americas
New York   NY   10020


Lehman Bros
Phoenix Black Rock
1271 Avenue of the Americas
New York   NY   10020


Monica Bell
c-o Nicholas Woodfield
888 17th Street NW   Suite 900
Washington   DC   20006


Pitney Bowes Inc
Box 856640
Louisville   KY   40285

```
Progressive Delivery Systems
1007 East Raymond Way
Anaehim  CA  92801



Puget Sound Leasing
11830 N 195th St
Bothell  WA  98011



Ricoh
Box 100706
Pasadena  CA  91189



Shorenstein Realty Services
1920 Main Street
Suite 110
Irvine  CA  02614



Sterling National Bank
500 Seventh Avenue
New York  NY  10018



Steve Mensinger
Sun Cal Companies
2392 Morse Avenue
Irvine  CA  92614



Terry and Rose Knutsen
1831 South Stockton Street
Lodi  CA  95240



UBS Somerset-909 W Colter Apt
UBS Realty Investors
455 Market St  Suite 1540
San Francisco  CA  94105-2443
```

US Bank
Box 2407
Minneapolis   MN   55402


Wachovia Bank
375 Park Avenue
27th Floor
New York   NY   10022


Washington Mutual Bank - Visa
PO Box 660487
Dallas   TX   75266-0487


Xerox Capital Services
Box 7405
Pasadena   CA   91109